UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENT S., ANGIE S., J.B., R.B., A.F., C.S., H.S., STEVE C., KELLY W., JANE DOE, and M.L., individually and as representatives of the class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., and BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.<br><br>Defendants. | D. MASS. CIVIL ACTION<br>NO. 1:17-cv-11569-ADB |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiffs Brent S., Angie S., J. B., R. B., A. F., C. S., H. S., Steve C., Kelly W., Jane Doe, and M. L., (collectively, "Plaintiffs") on behalf of themselves and all similarly situated individuals, file this unopposed Motion for Preliminary Approval of Class Action Settlement seeking preliminary approval of a class action settlement reached in this matter on behalf of classes of certain individuals with a health insurance plan or policy issued and/or administered by Defendants Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA, Inc.") and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. ("BCBSMA HMO Blue") (collectively, "BCBSMA" or "Defendants," and collectively with Plaintiffs, the "Parties"). *See* Declaration of Sean K. Collins at Exhibit A (Settlement).

Accordingly, Plaintiffs respectfully request that the Court enter the Proposed Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Agreement (Settlement at Ex. 5), certify the Class requested for purposes of settlement, appoint Plaintiffs' counsel as Class Counsel, appoint attorney Scott Harshbarger as Special Master, appoint Rust Consulting, Inc. as Settlement Administrator, order that Notice be issued

1

to the Class per the terms of the Settlement, and set a final Fairness Hearing date at least 180 days after entry of a preliminary approval order. The Defendants have been consulted and they do not oppose this motion.

Dated: November 23, 2022                                         THE PLAINTIFFS, BY THEIR ATTORNEYS,

                                                                 */s/ Sean K. Collins*
                                                                 _____

                                                                 Sean K. Collins
                                                                 B.B.O. # 687158
                                                                 Law Offices of Sean K. Collins
                                                                 184 High Street, Suite 503
                                                                 Boston, MA 02110
                                                                 Telephone: 855-693-9256
                                                                 Fax: 617-227-2843
                                                                 sean@neinsurancelaw.com

                                                                 Mala M. Rafik
                                                                 B.B.O. # 638075
                                                                 Rosenfeld & Rafik, P.C.
                                                                 184 High Street, Suite 503
                                                                 Boston, MA 02110
                                                                 Telephone: 617-723-7470
                                                                 Fax: 617-227-2843
                                                                 mmr@rosenfeld.com

                                                                 Brian S. King (PHV)
                                                                 Brian S. King, Attorney at Law
                                                                 336 South 300 East,
                                                                 Suite 200
                                                                 Salt Lake City, UT 84111
                                                                 Telephone: 801-532-1739
                                                                 Fax:  801-532-1936
                                                                 brian@briansking.com

                                                                 Jonathan M. Feigenbaum
                                                                 B.B.O. #546686
                                                                 Law Offices of
                                                                 Jonathan M. Feigenbaum
                                                                 184 High Street, Suite 503
                                                                 Boston, MA 02110
                                                                 Telephone: 617-357-9700
                                                                 Fax: 617-227-2843
                                                                 jonathan@erisaattorneys.com

2

                    Ex Kano S. Sams II (PHV)
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-201-9150
Fax: 310-201-9160
esams@glancylaw.com

*Attorneys for Plaintiffs and the Classes*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing this day, November 23, 2022.

                                       /s/ Sean K. Collins\
                                       Sean K. Collins