UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENT S., ANGIE S., J.B., R.B., A.F., C.S., H.S., STEVE C., KELLY W., JANE DOE, and M.L., individually and as representatives of the class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC., and BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS HMO BLUE, INC.<br><br>Defendants. | D. MASS. CIVIL ACTION<br>NO. 1:17-cv-11569-ADB |

**UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Brent S., Angie S., J. B., R. B., A. F., C. S., H. S., Steve C., Kelly W., Jane Doe, and M. L., (collectively, "Plaintiffs") on behalf of themselves and all similarly situated individuals, file this unopposed Motion for Final Approval of Class Action Settlement seeking final approval of the class action settlement reached in this matter on behalf of classes of certain individuals with a health insurance plan or policy issued and/or administered by Defendants Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA, Inc.") and Blue Cross and Blue Shield of Massachusetts HMO Blue, Inc. ("BCBSMA HMO Blue") (collectively, "BCBSMA" or "Defendants," and collectively with Plaintiffs, the "Parties"). *See* Docket No. 237-1 (Settlement).

For the reasons stated in the accompanying Plaintiffs' Memorandum of Law In Support of Their Unopposed Motion For Final Approval Of Class Action Settlement, and in Plaintiffs' previously submitted and granted [Docket No. 240] Plaintiffs' Memorandum of Law In Support of Their Unopposed Motion For Preliminary Approval of Class Action Settlement [Docket No. 236], Plaintiffs respectfully request that the Court enter the Proposed Final Approval Order and

1

Judgment. *See* Settlement at Ex. 6 [Docket No. 237-7].

The Defendants do not oppose the relief sought by this motion.

| | |
|---|---|
| Dated: March 7, 2023 | THE PLAINTIFFS, BY THEIR ATTORNEYS, |
| | |
| | */s/ Sean K. Collins* |
| | _____ |
| | |
| | Sean K. Collins |
| | B.B.O. # 687158 |
| | Law Offices of Sean K. Collins |
| | 184 High Street, Suite 503 |
| | Boston, MA 02110 |
| | Telephone: 855-693-9256 |
| | Fax: 617-227-2843 |
| | sean@neinsurancelaw.com |
| | |
| | Mala M. Rafik |
| | B.B.O. # 638075 |
| | Rosenfeld & Rafik, P.C. |
| | 184 High Street, Suite 503 |
| | Boston, MA 02110 |
| | Telephone: 617-723-7470 |
| | Fax: 617-227-2843 |
| | mmr@rosenfeld.com |
| | |
| | Brian S. King (PHV) |
| | Brian S. King, Attorney at Law |
| | 336 South 300 East, |
| | Suite 200 |
| | Salt Lake City, UT 84111 |
| | Telephone: 801-532-1739 |
| | Fax:   801-532-1936 |
| | brian@briansking.com |
| | |
| | Jonathan M. Feigenbaum |
| | B.B.O. #546686 |
| | Law Offices of |
| | Jonathan M. Feigenbaum |
| | 184 High Street, Suite 503 |
| | Boston, MA 02110 |
| | Telephone: 617-357-9700 |
| | Fax: 617-227-2843 |
| | jonathan@erisaattorneys.com |

                        Ex Kano S. Sams II (PHV)
                        Glancy Prongay & Murray LLP
                        1925 Century Park East, Suite 2100
                        Los Angeles, CA 90067
                        Telephone: 310-201-9150
                        Fax: 310-201-9160
                        esams@glancylaw.com

*Attorneys for Plaintiffs and the Classes*

## RULE 7.1(a)(2) CERTIFICATION

I hereby attest that I have conferred with counsel for the Defendants, who have stated that Defendants do not oppose the relief sought by this Motion.

                        */s/ Sean K. Collins*
                        _____

                        Sean K. Collins
                        B.B.O. # 687158
                        Law Offices of Sean K. Collins
                        184 High Street, Suite 503
                        Boston, MA 02110
                        Telephone: 855-693-9256
                        Fax: 617-227-2843
                        sean@neinsurancelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing this day, March 7, 2023.

/s/ Sean K. Collins
Sean K. Collins